METROPOLITAN TAXICAB BOARD OF TRADE et al., Respondents, v MICHAEL R. BLOOMBERG, as Mayor of the City of New York, et al., Appellants. LIVERY ROUNDTABLE, INC., et al., Intervenors-Respondents; LIVERY BASE OWNERS, INC., et al., Intervenors-Appellants.

TAXICAB SERVICE ASSOCIATION et al., Respondents, v STATE OF NEW YORK et al., Appellants. LIVERY BASE OWNERS, INC., et al., Intervenors-Appellants.

GREATER NEW YORK TAXI ASSOCIATION et al., Respondents, v STATE OF NEW YORK et al., Appellants. LIVERY BASE OWNERS, INC., et al., Intervenors-Appellants.

Submitted March 4, 2013; decided March 21, 2013

Motion by Office of the Manhattan Borough President for leave to appear amicus curiae on the appeals herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

SEGUNDO ONCE et al., Respondents, v SERVICE CENTER OF NEW YORK et al., Defendants, and 218 W 72ND ST. REALTY CORP. et al., Appellants.

Submitted December 10, 2012; decided March 21, 2013

Motion for leave to appeal dismissed upon the ground that appellants have failed to show that the order sought to be appealed from is final as required by Rules of the Court of Appeals (22 NYCRR) § 500.22 (b) (3).

STEVE PAPPAS et al., Respondents, v STEVE TZOLIS, Appellant, et al., Defendant.

Submitted January 14, 2013; decided March 21, 2013

Motion for reargument denied with $100 costs and necessary reproduction disbursements (see 20 NY3d 228 [2012]).

Judge RIVERA taking no part.